UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  10-1311
_____

SILVIA MORENO GARCIA;
CLAUDIA MORENO GARCIA,

Petitioners

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

_____

On Petition for Review from an
Order of the Board of Immigration Appeals
(Board Nos. A094-783-360 & A094-783-359)
Immigration Judge:  Henry S. Dogin

_____

Argued  June 21, 2011

Before:  HARDIMAN and ALDISERT, *Circuit Judges*
and RESTANI [*] *Judge*.

_____

**ORDER AMENDING OPINION**
_____

IT IS HEREBY ORDERED that the opinion in the above case, filed
November 28, 2011, be amended as follows:

Page 14 of the Slip Opinion, the sentence which read:

_____

[*]The Honorable Jane A. Restani, Judge of the United States Court of International
Trade, sitting by designation.

She therefore shares a "common, immutable characteristic" with other civilian witnesses who have the "shared past experience" of assisting law enforcement against violent gangs that threaten communities in Central America.

shall read:

She therefore shares a "common, immutable characteristic" with other civilian witnesses who have the "shared past experience" of assisting law enforcement against violent gangs that threaten communities in Guatemala.

This amendment does not change the date of filing, November 28, 2011.

BY THE COURT,


/s/ Thomas M. Hardiman
*Circuit Judge*

DATED:  January 13, 2012
Smw/cc:      Rosa H. Soy, Esq.
                    Yedidya Cohen, Esq.